UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JODIE LOUISE BYRNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-00036-GZS |
| | ) |
| STATE OF MARYLAND, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 20, 2020, his Recommended Decision (ECF No. 6). In relevant part, this Decision recommended dismissal of Plaintiff's Complaint unless a timely amended complaint was filed containing "an actionable claim." (Rec. Dec. at PageID # 168.) On May 4, 2020, Plaintiff made a 104-page filing with the Court which is titled, "Amended Complaint and Objection to the Recommended Dismissal" (ECF No. 8).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision. To the extent that Plaintiff has presented objections to the Recommended Decision, the Court finds those objections to be without merit and overrules those objections. To the extent that Plaintiff seeks to have this Court consider her May 4th filing as an Amended Complaint, the Court concludes that the Amended Complaint fails to state any actionable claim over which this Court would have jurisdiction for the reasons already

stated in the Recommended Decision.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Plaintiff's claims as stated in her initial Complaint (ECF No. 1) and her Amended Complaint (ECF No. 8) are hereby **DISMISSED**.

                    /s/ George Z. Singal  
                    United States District Judge

Dated this 6th day of May, 2020.